No. 555. NEZ PERCE TRIBE OF INDIANS ET AL. *v.* SEATON, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard Schifter* and *Eugene Gressman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for respondent.

No. 661. UNITED STATES *v.* WIGGINS. C. A. 5th Cir. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. *Victor V. Blackwell* and *Hayden C. Covington* for respondent.

No. 670. PADELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 671. A. D. JUILLIARD & Co., INC., *v.* JOHNSON, COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Stephen Ailes, Paul F. Mickey* and *William C. Hill* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *L. W. Post* for respondent.

No. 679. WEIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Russell E. Parsons* and *Richard Gladstein* for petitioner.